Thomas A. Thompson [Wyo. State Bar No. 6-2640]
Wyoming Local Government Liability Pool
6844 Yellowtail Road
Cheyenne, Wyoming 82009
(307) 638-1911
(307) 638-6211 Facsimile
tthompson@lglp.net

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| GREEN ROOM LLC, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 24-CV-00128-KHR |
| v. | ) |
| | ) |
| STATE OF WYOMING, et al., | ) |
| | ) |
| Defendants. | ) |

## COUNTY AND PROSECUTING ATTORNEYS' MOTION TO JOIN STATE DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER OR ALTERNATIVE MOTION FOR PRELIMINARY INJUNCTION

COMES NOW the Defendants Kurt Britzius, Albany County and Prosecuting Attorney; Marcia E. Bean, Big Horn County and Prosecuting Attorney; Sarah Chavez Harkins, Carbon County and Prosecuting Attorney; Quentin Richardson, Converse County Attorney, Joseph M Baron, Crook County and Prosecuting Attorney; Patrick LeBrun, County Attorney, Fremont County Attorney's Office; Eric R. Boyer, Goshen County Attorney's Office; Jill Logan, Hot Springs County

Attorney; Spencer L. Allred, Lincoln County and Prosecuting Attorney; Anne K. Wasserburger, Niobrara County and Prosecuting Attorney; Bryan A. Skoric, Park County and Prosecuting Attorney; Doug Weaver, Platte County Attorney; Dianna Bennett, Sheridan County Attorney's Office; Daniel E. Erramouspe, Sweetwater County Attorney's Office; Erin E. Weisman, Teton County Attorney's Office; Loretta Howieson Kallas, Uinta County and Prosecuting Attorney; Anthony J. Barton, Washakie County Attorney, and Michael Stulken, Weston County and Prosecuting Attorney, in their official capacities, by and through their undersigned attorney, Thomas A. Thompson, of the Wyoming Local Government Liability Pool, and hereby joins in the *State Defendants' Response to Plaintiffs' Motion for Temporary Restraining Order or Alternative Motion for Preliminary Injunction* (ECF No. 19). Defendant County and Prosecuting Attorneys hereby adopt and incorporate by reference the arguments and legal analysis set forth in Defendant State of Wyoming's response.

WHEREFORE, Defendant County and Prosecuting Attorneys respectfully request that this action be dismissed pursuant to the order submitted by Defendant State of Wyoming, and for such other and further relief as the Court deems proper under the circumstances.

DATED this 9th day of July 2024.

/s/ *Thomas A. Thompson*
Thomas A. Thompson

# CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of Court and the foregoing was served this 9th day of July 2024, by the following means:

| | |
|---|---|
| Donna Domonkos<br>Brittany Thorpe<br>Domonkos & Thorpe<br>donna@dandt.llc<br>brittany@dandt.llc | [✓] CM/ECF |
| Jenny L. Craig<br>Deputy Attorney General<br>Kellsie J. Singleton<br>Senior Assistant Attorney General<br>Jonathan D. Sater<br>Assistant Attorney General<br>Wyoming Attorney General's Office<br>Jenny.craig1@wyo.gov<br>kellsie.singleton1@wyo.gov<br>jd.sater@wyo.gov | [✓] CM/ECF |

/s/ *MaryBeth Oatsvall*
Wyoming Local Government Liability Pool