# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

12:00 pm, 7/12/24

**Margaret Botkins
Clerk of Court**

GREEN ROOM LLC et al

                Plaintiff,

vs.                            Case Number: 24-CV-128-KHR

STATE OF WYOMING et al

                Defendant.

## CIVIL MINUTE SHEET STATUS CONFERENCE

☑ Motions Hearing

Date: 07/12/2024    Time: 9:05 - 10:37 AM
                                   10:50 - 11:55 AM

| Kelly H. Rankin | MiYon Bowden | Jan Davis | Joseph Layzell |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s):  Donna Domonkos, Brittany Thorpe

Attorney(s) for Defendant(s):  Jenny Craig, Kellsie Singleton, Thomas Thompson, Clayton Melinkovich

Other:

Court grants plaintiff's Motion to Dismiss Defendants [27] without prejudice. Attorneys Thomas Thompson and Clayton Melinkovich dismissed.

Witnesses called by the Plaintiff:
Sam Watt (Exhibit 1 admitted), Jeremy Banks, Amanda Flint, Sarah McDaniel, Kevin Kraft, Lance Kleiderlein, Jeff Craven

Witness called by Defendant:
Sarah Barrett

| Pltf/Dft | Doc # | Motion to/for | Disposition |
|---|---|---|---|
| Plaintiff | 2 | Temporary Restraining Order | Under Advisement |
| Plaintiff | 2 | Preliminary Injunction | Under Advisement |
| Plaintiff | 27 | Dismiss Parties | Granted |