Jenny L. Craig, #6-3944
Kellsie J. Singleton, #7-5565
Jonathan D. Sater, #7-5264
Wyoming Attorney General's Office
109 State Capitol
Cheyenne, Wyoming 82002
(307) 777-7977
(307) 777-5034 Facsimile
jenny.craig1@wyo.gov
kellsie.singleton1@wyo.gov
jd.sater@wyo.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF WYOMING**

| | |
|---|---|
| GREEN ROOM LLC, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | Case No. 2:24-CV-128 |
| STATE OF WYOMING et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANTS' MOTION TO DISMISS COMPLAINT UNDER**
**FED. R. CIV. P. 12(b)(1) AND 12(b)(6)**

The Wyoming Attorney General's Office, on behalf of the State of Wyoming; Governor Mark Gordon, in his official capacity; Attorney General Bridget Hill, in her official capacity; and Wyoming Department of Agriculture Director Doug Miyamoto, in his official capacity; hereby move to dismiss Plaintiffs' complaint (ECF No. 1) under Rule

12(b)(1) and (b)(6) of the Federal Rules of Civil Procedure. Defendants' legal arguments are set forth in their supporting memorandum.

DATED this 23rd day of July 2024.

/s/ Jenny L. Craig
Jenny L. Craig, # 6-3944
Deputy Attorney General
Wyoming Attorney General's Office
109 State Capitol
Cheyenne, Wyoming 82002
(307) 777-6862
jenny.craig1@wyo.gov


/s/ Kellsie J. Singleton
Kellsie J. Singleton, #7-5565
Senior Assistant Attorney General
Wyoming Attorney General's Office
109 State Capitol
Cheyenne, Wyoming 82002
(307) 777-6743
kellsie.singleton1@wyo.gov


/s/ Jonathan D. Sater
Jonathan D. Sater, #7-5264
Senior Assistant Attorney General
Wyoming Attorney General's Office
109 State Capitol
Cheyenne, Wyoming 82002
(307) 777-3537
jd.sater@wyo.gov

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was served this 23rd day of July 2024, by the following means:

| | |
|---|---|
| Donna D. Domonkos<br>Brittany Thorpe<br>Domonkos & Thorpe, LLC<br>1914 Logan Avenue<br>Cheyenne, Wyoming 82001<br>donna@dandt.llc<br>brittany@dandt.llc | VIA CM/ECF |

                                          */s/ Robin Clodgu*
                                          Robin Clodgu, Paralegal
                                          Wyoming Attorney General's Office