DONNA D. DOMONKOS
BRITTANY THORPE
Domonkos & Thorpe, LLC
1914 Logan Avenue
Cheyenne, Wyoming 82001
Telephone: (307) 426-5015
donna@dandt.llc
Brittany@dandt.llc

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| GREEN ROOM LLC, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 2:24-CV-128 |
| | ) |
| STATE OF WYOMING, et al., | ) |
| | ) |
| Defendants. | ) |

## AMENDED NOTICE OF APPEAL

**COMES NOW** all the Plaintiffs, by and through their attorneys of record, Donna D. Domonkos and Brittany Thorpe of Domonkos & Thorpe, LLC, who hereby submit their Notice of Appeal appealing the District Court's Order Denying Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction filed on July 19, 2024 and the District Court's Order Granting Defendant's Motion to Dismiss filed on August 15, 2024. This appeal is to the Tenth Circuit Court of Appeals.

**DATED** this 15th day of August, 2024.

/s/Donna D. Domonkos
Donna D. Domonkos  WSB #5-2981

/s/Brittany Thorpe
Brittany Thorpe  WSB #7-6490
DOMONKOS & THORPE, LLC
1914 Logan Avenue
Cheyenne, Wyoming 82001

## CERTIFICATE OF SERVICE

      I hereby certify the above Amended Notice of Appeal was served via this Court's electronic filing system on the following:

Jenny L. Craig
Deputy Attorney General
Wyoming Attorney General's Office
109 State Capitol Cheyenne, WY 82002

Kellsie J. Singleton
Senior Assistant Attorney General
Wyoming Attorney General's Office
109 State Capitol Cheyenne, WY 82002

Jonathan D. Sater
Senior Assistant Attorney General
Wyoming Attorney General's Office
109 State Capitol Cheyenne, WY 82002

                                                /s/Donna D. Domonkos
                                                Donna D. Domonkos