*Janet Davis, RDR, FCRR, CRR*
*Federal Official Court Reporter*
*United States District Court of Wyoming*
*2120 Capitol Avenue, Room 2226*
*Cheyenne, WY 82001*

September 11, 2024

Mr. Christopher M. Wolpert
U.S. Tenth Circuit Court of Appeals
1823 Stout Street
Denver, Colorado 80257

RE: Green Room, et al. V State of Wyoming, et al.
    24-CV-128-R
    24-8054

Dear Mr. Wolpert:

The following transcript ordered on appeal from this reporter has been filed with the Clerk of Court in the United States District Court of Wyoming:

| Date of Proceeding | | Date of Filing |
|---|---|---|
| 7/12/24 | Motion Proceedings | 9/11/24 |

Sincerely,

*Janet Davis, RDR, FCRR, CRR*
*307.630.9063*
*jbd.davis@gmail.com*